

**COM.**

v.

**COTTRELL, W.**

**3210 EDA 2016**

Superior Court of Pennsylvania.

07/31/2017

CP–09–CR–0006498–2015 (Bucks)

Affirmed

**COM.**

v.

**HOLMES, T.**

**3819 EDA 2016**

Superior Court of Pennsylvania.

07/31/2017

CP–46–CR–0005569–2012 (Montgomery)

Affirmed

**WOJCIECHOWSKI, A.**

v.

**WOJCIECHOWSKI, P.**

**38 EDA 2017**

Superior Court of Pennsylvania.

07/31/2017

8533, May term, 2000 (Philadelphia)

Affirmed

**IN the INTEREST OF: Z.Z.B., a Minor**

**180 EDA 2017**

Superior Court of Pennsylvania.

07/31/2017

AP# CP–51–AP–0000527–2016, DP# CP–51–DP–0001542–2015, FID# 51–FN–000614–2014 (Philadelphia)

Affirmed

**IN the INTEREST OF: J.T.H., a Minor**

**181 EDA 2017**

Superior Court of Pennsylvania.

07/31/2017

AP# CP–51–AP–0000529–2016, DP# CP–51–DP–0000769–2014, FID# 51–FN–000614–2014 (Philadelphia)

Affirmed

**IN the INTEREST OF: D.J.H., a Minor**

**182 EDA 2017**

Superior Court of Pennsylvania.

07/31/2017

AP # CP–51–AP–0000528–2016, DP # CP–51–DP–0000642–2014, FID # 51–FN–000614–2014 (Philadelphia)

Affirmed

